# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DANA PHILLIPS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:15-cv-01270-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO SERVE CONFIDENTIAL LETTER BRIEF<br><br>(ECF No. 13) |
|---|---|

Plaintiff Dana Phillips filed a complaint on August 18, 2015. On March 4, 2014, the parties filed a stipulation for an extension of time for Plaintiff to serve a confidential letter brief. Accordingly, IT IS HEREBY ORDERED that Plaintiff's confidential letter brief shall be served within thirty days from the date of service of this order, and all dates in the scheduling order shall be modified accordingly.

IT IS SO ORDERED.

Dated: **March 14, 2016**

UNITED STATES MAGISTRATE JUDGE

1