**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANA MICHELLE PHILLIPS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:15-cv-1270-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to confidential letter brief will be extended by 30 days to July 7, 2016.

This is Defendant's first request for an extension of time to respond to Plaintiff's letter. Defendant respectfully requests this additional time because additional time is needed respond to evaluate the arguments made in Plaintiff's letter.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: June 8, 2016　　　　　　　　　*/s/  Kelsey Mackenzie Brown*
　　　　　　　　　　　　　　　　　　　(*as authorized via e-mail on 6/8/16)

1

1 | KELSEY MACKENZIE BROWN
  | Attorney for Plaintiff

Dated: June 8, 2016 | BENJAMIN B. WAGNER
                    | United States Attorney
                    | DEBORAH LEE STACHEL
                    | Acting Regional Chief Counsel, Region IX
                    | Social Security Administration

By: */s/ Marcelo Illarmo*
    MARCELO ILLARMO
    Special Assistant United States Attorney

    Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **June 9, 2016**

_____
UNITED STATES MAGISTRATE JUDGE