UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA MICHELLE PHILLIPS,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:15-cv-1270-SAB<br><br>ORDER RE SECOND EXTENSION OF TIME<br><br>(ECF No. 17) |

  Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant's time to respond to Plaintiff's confidential letter brief will be extended by 14 days to July 21, 2016; and all dates in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated: __July 5, 2016__

                 UNITED STATES MAGISTRATE JUDGE