UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA PHILLIPS,<br><br>　　　　Plaintiff,<br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. : 1:15-cv-01270-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.  Judgment is entered in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:  **July 26, 2016**　　　　　　　　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE