# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA PHILLIPS, | Case No.  1:15-cv-01270-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 (ECF No. 22) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR ATTORNEY FEES (ECF No. 21) |

Pursuant to the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Costs Pursuant to 28 U.S.C. § 1920 ("Stipulation"), IT IS HEREBY ORDERED that fees and expenses in the amount of $3,600.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 be awarded subject to the terms of the Stipulation.  Plaintiff's motion for attorney fees (ECF No. 21) is denied as moot.

IT IS SO ORDERED.

Dated:   **November 3, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1